THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:21-cr-00168-JAD-EJY |
| Plaintiff, | ORDER TO CONTINUE ARRAIGNMENT AND PLEA HEARING |
| vs. | (First Request) |
| STANLEY BOOKER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by STANLEY BOOKER, by and through his attorney, THOMAS A. ERICSSON, ESQ., of Oronoz & Ericsson LLC, and the UNITED STATES OF AMERICA, by and through JOSHUA BRISTER, ESQ., Assistant United States Attorney, that the arraignment and plea hearing on the superseding indictment currently scheduled for October 28, 2022, at the hour of 11:00 a.m., be vacated and continued for at least seven (7) days past the current setting to a date and time that is convenient to this Honorable Court. The request for a continuance is based upon the following:

1. Trial in this matter is currently set for January 24, 2023, at 9:00 a.m.

2. Defendant is in custody and does not object to the requested extension.

/ / /

1

3. Defense counsel for Stanley Booker has spoken to Assistant United States Attorney Joshua Brister, and the Government has no objection to the continuance.

4. The defense requires additional time to consult with the client regarding various issues, including the superseding indictment.

5. The additional time requested herein is not sought for purposes of undue delay.

6. Additionally, denial of this request to extend the arraignment on the superseding indictment could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

DATED: October 26, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas A. Ericsson* | */s/ Joshua Brister* |
| Thomas A. Ericsson, Esq. | Joshua Brister, Esq. |
| ORONOZ & ERICSSON, LLC | Assistant United States Attorney |
| 9900 Covington Cross Drive, Suite 290 | 501 Las Vegas Boulevard, Suite 1100 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorney for Defendant Stanley Booker* | *Attorney for the United States of America* |

THOMAS A. ERICSSON, ESQ.
Nevada Bar No. 4982
ORONOZ & ERICSSON LLC
9900 Covington Cross Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
tom@oronozlawyers.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO: 2:21-cr-00168-JAD-EJY |
| vs. | ) **FINDINGS OF FACT, CONCLUSIONS** |
| STANLEY BOOKER, | ) **OF LAW, AND ORDER** |
| Defendant. | ) |

Based on the pending Stipulation of counsel, and good cause appearing, therefore, the Court finds:

1. Trial in this matter is currently set for January 24, 2023, at 9:00 a.m.

2. Defendant is in custody and does not object to the requested extension.

3. Defense counsel for Stanley Booker has spoken to Assistant United States Attorney Joshua Brister, and the Government has no objection to the continuance.

4. The defense requires additional time to consult with the client regarding various issues, including the superseding indictment.

5. The additional time requested herein is not sought for purposes of undue delay.

6. Additionally, denial of this request to extend the arraignment on the superseding indictment could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

3

**CONCLUSION OF LAW**

The ends of justice will be served by granting the requested seven (7) day continuance of the arraignment on the superseding indictment.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS ORDERED that the arraignment and plea hearing currently scheduled for October 28, 2022, at the hour of 11:00 a.m., be vacated and continued to November 4, 2022, at 11:00 a.m., Courtroom 3C, before U.S. Magistrate Judge Nancy J. Koppe.

DATED AND DONE this 27th day of October, 2022.

_____
HON. DANIEL J. ALBREGTS
U.S. Magistrate Judge

4